IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                              NO. 04cr20298-Ma

PATRICK TAYLOR,

    Defendant.

ORDER RESETTING SENTENCING DATE

    Before the court is the defendant's April 13, 2005, motion to continue the sentencing of Patrick Taylor, which is presently set for April 19, 2005. For good cause shown, the motion is granted. The sentencing of defendant Patrick Taylor is **reset to Wednesday, May 18, 2005, at 9:00a.m.**

    It is so ORDERED this 15th day of April, 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20298 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT