IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                          NO. 04-20298-Ma

PATRICK L. TAYLOR,

    Defendant.

---

Before the court is the government's June 3, 2005, motion to reset the sentencing of Patrick L. Taylor, which is presently set for June 8, 2005. For good cause shown, the motion is granted. The sentencing of defendant Patrick L. Taylor is **reset to Friday, June 17, 2005, at 10:00 a.m.**

It is so ORDERED this 7th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20298 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT