IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 11 PM 4:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.  NO. 04-20298-Ma

PATRICK L. TAYLOR,

    Defendant.

---

ORDER GRANTING MOTION FOR RECOMMENDATION FOR FCI-MEMPHIS

---

Before the court is defendant's June 23, 2005, motion asking the court to recommend that the defendant serve his sentence at FCI-Memphis. The government does not oppose the motion. For good cause shown, the motion is granted. An amended judgment will be filed to reflect the court's recommendation that the defendant be incarcerated and serve his sentence at FCI-Memphis.

It is so ORDERED this 11K day of July, 2005.

                      SAMUEL H. MAYS, JR.
                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-12-05

54

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CR-20298 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT